# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  5:07mj5045 |
| | : | |
| Plaintiff, | : | MAGISTRATE JUDGE JAMES S. GALLAS |
| | : | |
| -vs- | : | |
| | : | **NOTICE OF APPEARANCE** |
| LONNIE RAY KERESTES, | : | **AND SUBSTITUTION OF COUNSEL** |
| | : | |
| Defendant. | : | |

Undersigned counsel, Carlos Warner, hereby enters a Notice of Appearance of Counsel on behalf of the Defendant, Lonnie Ray Kerestes in the above-captioned matter.   Please add Carlos Warner to the docket as lead counsel for Mr. Kerestes, and remove former counsel, Debra Migdal from all electronic filing notification.

                                              Respectfully submitted,

                                              *s/ Carlos Warner*
                                              CARLOS WARNER (0068736)
                                              Assistant Federal Public Defender
                                              1660 West Second Street - Suite 750
                                              Cleveland, Ohio  44113
                                              Phone: (216) 522-4856; Fax: (216) 522-4321
                                              E-Mail: carlos_warner@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2007, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

*s/ Carlos Warner*
CARLOS WARNER (0068736)
Assistant Federal Public Defender