READ INSTRUCTIONS ON THE NEXT PAGE
**TRANSCRIPT ORDER**
If you are ordering transcript from more than one court reporter, you must make a <u>separate</u> docket entry for each transcript order form.

District Court _____ District Court Docket Number _____

Short Case Title _____

Date Notice of Appeal Filed by Clerk of District Court _____ COA# _____

PART 1 (TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT, THE FORM MUST BE SIGNED WHETHER OR NOT TRANSCRIPT IS ORDERED).
A. Complete one of the following:
    No Hearings
    Transcript is unnecessary for appeal purposes
    Transcript is already on the file in District Court Clerk's Office
    This is to order a transcript of the following proceedings: (*specify exact dates of proceedings*)

|  | JUDGE MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Pre-trial proceedings | | | |
| Testimony (specify witnesses) | | | |
| Other (specify) | | | |

TRANSCRIPT OF THE FOLLOWING PROCEEDINGS WILL BE PROVIDED ONLY IF SPECIALLY AUTHORIZED. SEE ITEM 13 CJA FORM 24
    Voir Dire    Opening statement of plaintiff    Opening statement of defendant
    Jury Instructions    Closing argument of plaintiff    Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript.
    This method of payment will be:
        Criminal Justice Act (Attach copy of CJA Form 24)
        Private Funds
        Date: _____

Signature _____ Print Name _____ Counsel for _____

Address _____ Telephone _____

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL
DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.

PART II. COURT REPORTER ACKNOWLEDGMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals within 10 days after receipt).

| Date transcript order received | Estimated completion date; if not within 45 days of the date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

Arrangements for payment were made on
Arrangements for payment have not been made pursuant to FRAP (10(b))

_____      _____      _____
Date                                                  Signature of Court Reporter                              Telephone

PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by Court Reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).

This is to certify that the transcript has been completed and filed with the District Court today.

                                Actual Number of Pages                            Actual Number of Volumes

_____                          _____
Date                                                       Signature of Court Reporter

6CA-30

# INSTRUCTIONS FOR ANYONE FILING A NOTICE OF APPEAL

**YOU HAVE TEN (10) DAYS <u>AFTER FILING YOUR NOTICE OF APPEAL</u> TO COMPLETE THIS FORM BY DOING THE FOLLOWING:**

1. Complete Part 1.  Sign the form whether or not transcript is ordered.

2. Contact each court reporter involved in reporting the proceedings to make arrangements for payment. A separate transcript order form must be completed for each court reporter.

3. Send four (4) copies to each court reporter.

4. **Electronically file with the Clerk's office.    Do <u>not</u> mail or fax the form.**

5. Send a copy to appellee(s).  Make additional photocopies if necessary.

6. Retain a copy for your files.


SHOULD SATISFACTORY ARRANGEMENTS FOR TRANSCRIPT PRODUCTION, INCLUDING NECESSARY FINANCIAL ARRANGEMENTS, NOT BE MADE WITHIN TEN (10) DAYS AFTER FILING YOUR NOTICE OF APPEAL, YOUR APPEAL CAN BE DISMISSED.


If you have further questions, contact the Clerk's Office, U.S. Court of Appeals for the Sixth Circuit: 513-564-7000